**Mark M. Medvesky, Esquire**
**Attorney I.D. #68350**
**Wells, Hoffman, Holloway & Medvesky, LLP**
**15 Harbor Place Souderton, PA 18964**
**(215) 660-3170**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re:  Ann-Marie O'Malley           :         Case No. 15-13685 (elf)
      Debtor    :         Chapter   13

## APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
## PURSUANT TO 11 U.S.C. §330 & L.B.R. 2016-2(a)

TO THE HONORABLE ERIC L. FRANK, UNITED STATES BANKRUPTCY JUDGE:

 Mark M. Medvesky, Esquire, counsel for Debtor, under 11 U.S.C. § 330 and L.B.R. 2016-2(a) applies for an award of compensation and reimbursement of actual, necessary expenses and represents:

 1. Applicant is counsel for the Debtor.

 2. The debtor filed a petition under Chapter 13 of the Bankruptcy Code May 26, 2015.

 3. The debtor's annualized current monthly income as set forth on Form B22C is:

  __X__    above median (the amount on line 15 is not less than the amount on line 16)

  _____    below median (the amount on line 15 is less than the amount on line 16)

 4. Attorney for Debtor has performed all services necessary for the confirmation of Debtor's Plan.  All services rendered for which compensation is requested were performed on behalf of the debtor.  Said services were actual and necessary.

 5. Applicant believes the compensation requested for those services is reasonable.

 6. Applicant requests an award of compensation of $1000.00 and prays said fee be approved.

 7. Application/Attorney for Debtor requests an award of compensation of $1,000.00 for 25 hours expended in providing the following services: Analysis of the Debtor's financial

circumstances and rendering of advice in determining whether to file a petition in Bankruptcy; Preparation and filing Chapter 13 Bankruptcy Schedules and the filing of a Chapter 13 Plan and Chapter 13 Statement of Current Monthly and Disposable Income; Preparation for and attendance at 341(a) meeting; correspondence, telephone conversations, and meetings with the Debtor; Correspondence and telephone conversations with the Chapter 13 Trustee, with debtor's major creditors and other parties in interest concerning several motions for relief from the automatic stay, agreements and stipulations; Preparation and filing of debtors' Amended Chapter 13 Plan; and ensuring confirmation of debtors' plan.

    8. Debtor's Chapter 13 Plan provides for payment to counsel in the sum of $1,000.00.

    9. Applicant requests the reimbursement for the following expenses: N/A.

    10. The debtor paid Applicant $1,500.00 in counsel fees and $310.00 filing fee costs prior to the filing of the petition.

    11. A copy of the Applicant's Disclosure of Compensation pursuant to Fed. R. Bankr. P. 2016(b) is attached hereto as Exhibit "A".

    12. None of the compensation paid to the applicant will be shared with any person other than a member or regular associate of applicant's law firm unless 11 U.S.C. §504(c) applies.

    **WHEREFORE**, Applicant requests an award of $1,000.00 in compensation.
.

*Wells, Hoffman, Holloway & Medvesky,* **LLP**

BY:   */s/ Mark M. Medvesky, Esquire*
        **Mark M. Medvesky, Esquire**
        Attorney for Debtor

Date:  June 1, 2017

# Exhibit "A"

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re  **Ann-Marie O'Malley**                                                                 Case No.  **15-13685**
                                      Debtor(s)                                                Chapter  **13**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept                                $    **2,500.00**
   Prior to the filing of this statement I have received                      $    **1,500.00**
   Balance Due                                                                $    **1,000.00**

2. The source of the compensation paid to me was:

   ■ Debtor        ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor        ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **6/26/15**

Mark M. Medvesky
Wells, Hoffman, Holloway and Stauffer, LLP
635 East High Street
P.O. Box 657
Pottstown, PA 19464
610-323-7464   Fax: 610-323-4931
rstaufferlaw@aol.com