**Mark M. Medvesky, Esquire**
**Attorney I.D. #68350**
**Wells, Hoffman, Holloway & Medvesky, LLP**
**15 Harbor Place Souderton, PA 18964**
**(215) 660-3170**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  Ann-Marie O'Malley | : | Case No. 15-13685 (elf) |
| Debtor | : | Chapter   13 |

## NOTICE OF APPLICATION FOR
## COMPENSATION AND REIMBURSEMENT OF EXPENSES

TO:    ALL CREDITORS AND PARTIES IN INTEREST

1.    Counsel for Debtor(s), MARK M. MEDVESKY., ESQUIRE, has filed an Application for approval of compensation in the sum of $1,000.00.

2.    A copy of the Application is on file and available for inspection in the Office of the Clerk, United States Bankruptcy Court, Robert N.C. Nix Sr. Office Building, 900 Market Street, Suite 400, Philadelphia, PA 19107-4299.

3.    The Debtor(s), any Creditor or party in interest may file an answer, objection or other responsive pleading with the Clerk of the United States Bankruptcy Court for the Eastern District of Pennsylvania, U.S. Courthouse, 900 Market Street, Suite 400, Philadelphia, PA 19107-4660, and serve a copy on counsel **on or before twenty (20) days** from the date of this Notice.

4.    The Debtor(s), any Creditor or party in interest may request a hearing in writing stating the reasons why a hearing is necessary.  Such a request should be filed and served as provided in the preceding paragraph.

5.    In the absence of any of the foregoing answer, objection, responsive pleading or request for a hearing, the court may, upon consideration of the record, allow the counsel fee.

BY:    */s/ Mark M. Medvesky, Esquire*
**Mark M. Medvesky, Esquire**
Attorney for Debtor

Date: June 1, 2017