**Mark M. Medvesky, Esquire**
Attorney I.D. #68350
Wells, Hoffman, Holloway & Medvesky, LLP
15 Harbor Place
Souderton, PA
18964
(215) 660-3170

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  Ann-Marie O'Malley | : | Case No. 15-13685 (elf) |
| Debtor | : | Chapter   13 |

## ORDER

**AND NOW**, upon consideration of the Application for Compensation filed by the Debtor, counsel (the Applicant) and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$1,000.00**.

3. The Standing Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in paragraph 2.

**Date:** _____

_____
**ERIC L. FRANK,
U.S. BANKRUPTCY JUDGE**