**Mark M. Medvesky, Esquire**
Attorney I.D. #68350
Wells, Hoffman, Holloway & Medvesky, LLP
15 Harbor Place
Souderton, PA 18964
(215) 660-3170

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  Ann-Marie O'Malley | : | Case No. 15-13685 (elf) |
| Debtor | : | Chapter   13 |
| | : | |

## PETITION FOR UNCLAIMED FUNDS

TO THE HONORABLE ERIC L. FRANK, UNITED STATES BANKRUPTCY JUDGE:

Petitioner is Mark M. Medvesky, Esquire, Counsel for Debtor, in the above captioned bankruptcy proceeding and represents:

1. The Petition for Bankruptcy was filed on May 26, 2015.

2. The Plan was confirmed on December 2, 2015.

3. As stated in the attorney's fee agreement dated May 18, 2015; Attorney's Disclosure of Compensation Statement; and Debtor's Chapter 13 Plan, Petitioner's total attorneys' fees were $2,500.00; $1,000.00 of which were included in the confirmed Plan.

4. On May 3, 2016, Debtor's case was dismissed for Failure to Make Plan Payments.

5. On May 18, 2017, Petitioner received a notice that the Clerk of the US Bankruptcy Court for the Eastern District of Pennsylvania received unclaimed funds in the amount of $1,000.00 – "Receipt Number 248194, Fee Amount $1,000.00 for Mark M. Medvesky."

6. Petitioner has filed contemporaneously herewith a Petition for Compensation in the amount of $1,000.00, the amount of attorney's fees included in the Plan.

Wherefore, Petitioner, Mark M. Medvesky, Esquire, respectfully requests that this Honorable Court order the release of the unclaimed funds by the Clerk of the US Bankruptcy Court to him in the amount of $1,000.00.

BY:   */s/ Mark M. Medvesky, Esquire*
      **Mark M. Medvesky, Esquire**
      Petitioner/Attorney for Debtor

Date: June 1, 2017