**Mark M. Medvesky, Esquire**
**Attorney I.D. #68350**
**Wells, Hoffman, Holloway & Medvesky, LLP**
**15 Harbor Place Souderton, PA 18964**
**(215) 660-3170**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re:  Ann-Marie O'Malley                :    Case No. 15-13685 (elf)
           Debtor               :    Chapter  13

## NOTICE OF PETITION FOR UNCLAIMED FUNDS

TO:    ALL CREDITORS AND PARTIES IN INTEREST

    1.    Counsel for Debtor(s), MARK M. MEDVESKY., ESQUIRE, has filed contemporaneously a Petition for Compensation in the amount of $1,000.00, the amount of attorney's fees included in the Plan along with a Petition For Unclaimed Funds; "Receipt Number 248194, Fee Amount $1,000.00"

    2.    A copies of the Application and the noticed Petition are on file and available for inspection in the Office of the Clerk, United States Bankruptcy Court, Robert N.C. Nix Sr. Office Building, 900 Market Street, Suite 400, Philadelphia, PA 19107-4299.

    3.    The Debtor(s), any Creditor or party in interest may file an answer, objection or other responsive pleading with the Clerk of the United States Bankruptcy Court for the Eastern District of Pennsylvania, U.S. Courthouse, 900 Market Street, Suite 400, Philadelphia, PA 19107-4660, and serve a copy on counsel **on or before twenty (20) days** from the date of this Notice.

    4.    The Debtor(s), any Creditor or party in interest may request a hearing in writing stating the reasons why a hearing is necessary.  Such a request should be filed and served as provided in the preceding paragraph.

    5.    In the absence of any of the foregoing answer, objection, responsive pleading or request for a hearing, the court may, upon consideration of the record, allow the counsel fee.

                              BY:    */s/ Mark M. Medvesky, Esquire*
                                        **Mark M. Medvesky, Esquire**
                                        Attorney for Debtor

Date: June 1, 2017