**Mark M. Medvesky, Esquire**
**Attorney I.D. #68350**
**Wells, Hoffman, Holloway & Medvesky, LLP**
**15 Harbor Place Souderton, PA 18964**
**(215) 660-3170**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  Ann-Marie O'Malley | : | Case No. 15-13685 (elf) |
| Debtor | : | Chapter  13 |

## CERTIFICATE OF NO RESPONSE

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

  The undersigned counsel for Debtor hereby certifies that more than 20 days have elapsed from the date of service of the Notice of filing of an Application for Allowance of Counsel Fees and Reimbursement of Expenses and Petition for Release of Unclaimed Funds. No creditor, or any other party in interest, has served upon counsel for Debtor an answer, objection, responsive pleading or request for hearing.  Counsel respectfully requests entry of an Orders granting said Application and Petition.

               Respectfully submitted,

               */s/ Mark M. Medvesky, Esquire*
               Mark M. Medvesky, Esquire
               Attorney for Debtor

Dated:    June 27, 2017