**Mark M. Medvesky, Esquire**
Attorney I.D. #68350
Wells, Hoffman, Holloway & Medvesky, LLP
15 Harbor Place
Souderton, PA
18964
(215) 660-3170

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Ann-Marie O'Malley | : | Case No. 15-13685 (elf) |
| Debtor | : | Chapter  13 |

## CERTIFICATION OF SERVICE

IT IS HEREBY CERTIFIED, that on June 28, 2017 a true and correct copy of the Certificate of No Response to Notice of Application for Compensation and Reimbursement of Expenses and Petition for Unclaimed Funds was served upon the parties listed below, in the above captioned matter, via first class mail postage-prepaid.  The Chapter 13 Trustee and Office of the United States Trustee were served via electronic mail.

William C. Miller, Esquire
Chapter 13 Standing Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107

Office of the United States Trustee
833 Chestnut Street, Ste. 501
Philadelphia, PA 19107

Arbors Community Association
C/O Mid-Atlantic Association
P.O. Box 71235
Philadelphia, PA 19176

Arbors Community Association
C/O Hal A. Barrow, Counsel
65 W. Street Rd., Ste. A207,
Warminster, PA 18974

Homebridge Financial Services, Inc.
194 Wood Avenue, South
9th Floor
Iselin, NJ 08830

KML Law Group, P.C.
Suite 5000 Mellon Independence Center
701 Market Street
Philadelphia, PA 19106

| | |
|---|---|
| Ann-Marie O'Malley<br>20 Arbor Circle<br>Colmar, PA  18915 | Capital One Auto Finance<br>C/O Ascension Capital Group<br>P.O. Box 201347<br>Arlington, TX 76006 |

Respectfully Submitted,

BY: */s/ **Mark M. Medvesky, Esquire***
Mark M. Medvesky, Esquire
Attorney for Debtor