**Mark M. Medvesky, Esquire**
Attorney I.D. #68350
Wells, Hoffman, Holloway & Medvesky, LLP
15 Harbor Place
Souderton, PA
18964
(215) 660-3170

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  Ann-Marie O'Malley | : | Case No. 15-13685 (elf) |
| Debtor | : | Chapter  13 |

## O R D E R

**AND NOW**, upon consideration of the Petition for Unclaimed Funds filed contemporaneously with a Petition for Compensation in the amount of $1,000.00 by the Debtor, counsel (the Applicant) and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Petition is **GRANTED.**

2. Clerk of the US Bankruptcy Court for the Eastern District of Pennsylvania is authorized to distribute the amount of **$1,000.00** currently being held under "Receipt Number 248194, Fee Amount $1,000.00 for Mark M. Medvesky" to the Petitioner.

Date: 7/5/17

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**