United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 15-13685-elf
Ann-Marie O'Malley                                                  Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi            Page 1 of 1              Date Rcvd: Jul 05, 2017
                             Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 07, 2017.
db              +Ann-Marie O'Malley,    20 Arbor Circle,   Colmar, PA 18915-9615

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2017                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 5, 2017 at the address(es) listed below:
          HAL A. BARROW    on behalf of    Arbors Community Association kelly@barrowlaw.com
          JASON BRETT SCHWARTZ   on behalf of Creditor   Capital One Auto Finance
           jschwartz@mesterschwartz.com,   jottinger@mesterschwartz.com
          JOSHUA ISAAC GOLDMAN   on behalf of Creditor   Real Estate Mortgage Network, Inc
           bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN   on behalf of Creditor   HomeBridge Financial Services, Inc.
           bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
          MARK M. MEDVESKY   on behalf of Debtor Ann-Marie  O'Malley mark@medveskylaw.com,
           dmedvesky@whhslaw.com;medveskyecf@gmail.com;r44863@notify.bestcase.com
          THOMAS I. PULEO    on behalf of Creditor   HomeBridge Financial Services, Inc.
           tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                            TOTAL: 8

**Mark M. Medvesky, Esquire**
Attorney I.D. #68350
Wells, Hoffman, Holloway & Medvesky, LLP
15 Harbor Place
Souderton, PA
18964
(215) 660-3170

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re:  Ann-Marie O'Malley                :            Case No. 15-13685 (elf)
                          Debtor        :            Chapter   13

### ORDER

      **AND NOW**, upon consideration of the Application for Compensation filed by the

Debtor, counsel (the Applicant) and upon the Applicant's certification that proper service has

been made on all interested parties and upon the Applicant's certification of no response,

      It is hereby **ORDERED** that:

1.  The Application is **GRANTED.**

2.  Compensation is **ALLOWED** in favor of the Applicant in the amount of **$2,500.00**.

3.  The Standing Chapter 13 Trustee is authorized to distribute to the allowed compensation,

    **less the prepetition retainer of $1,500.00** to the Applicant as an administrative expense

    pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)

    (4)(B),

**Date:**    7/5/17    _____

_____

**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**