United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Ann-Marie O'Malley  
    Debtor

Case No. 15-13685-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Randi     Page 1 of 1     Date Rcvd: Jul 05, 2017  
                     Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 07, 2017.
db         +Ann-Marie O'Malley,   20 Arbor Circle,   Colmar, PA 18915-9615

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 5, 2017 at the address(es) listed below:
        HAL A. BARROW    on behalf of    Arbors Community Association kelly@barrowlaw.com
        JASON BRETT SCHWARTZ    on behalf of Creditor   Capital One Auto Finance
         jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor   Real Estate Mortgage Network, Inc
         bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor   HomeBridge Financial Services, Inc.
         bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
        MARK M. MEDVESKY    on behalf of Debtor Ann-Marie  O'Malley mark@medveskylaw.com,
         dmedvesky@whhslaw.com;medveskyecf@gmail.com;r44863@notify.bestcase.com
        THOMAS I. PULEO    on behalf of Creditor   HomeBridge Financial Services, Inc.
         tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                                                        TOTAL: 8

**Mark M. Medvesky, Esquire**
Attorney I.D. #68350
Wells, Hoffman, Holloway & Medvesky, LLP
15 Harbor Place
Souderton, PA
18964
(215) 660-3170

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:  Ann-Marie O'Malley : | Case No. 15-13685 (elf) |
| Debtor : | Chapter   13 |

**O R D E R**

**AND NOW**, upon consideration of the Petition for Unclaimed Funds filed contemporaneously with a Petition for Compensation in the amount of $1,000.00 by the Debtor, counsel (the Applicant) and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Petition is **GRANTED.**

2. Clerk of the US Bankruptcy Court for the Eastern District of Pennsylvania is authorized to distribute the amount of **$1,000.00** currently being held under "Receipt Number 248194, Fee Amount $1,000.00 for Mark M. Medvesky" to the Petitioner.

Date: 7/5/17   _____

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**